CLESSON Y. CHIKASUYE, KEKOA D. KAAPU, BEN F. KAITO, EUGENE F. KENNEDY, GEORGE KOGA, HERMAN G. P. LEMKE, YOSHIRO NAKAMURA AND MATSUO TAKABUKI *v.* EILEEN K. LOTA, CLERK OF THE CITY AND COUNTY OF HONOLULU.

No. 4788.

DECEMBER 12, 1969.

RICHARDSON, C.J., MARUMOTO, ABE, LEVINSON AND KOBAYASHI, JJ.

*Per Curiam.* The petition for rehearing is denied without argument.

*Helen B. Ryan* (*Ryan & Ryan* of counsel) for plaintiff *Charles M. Campbell* for the petition.